413 A.2d 1123

Hoplamazian v. Hoplamazian, Appellant.

Argued March 20, 1979. Neil Hurowitz, for appellant; Edwin S. Heins, Jr., for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order of the lower court affirmed.

413 A.2d 1123

Commonwealth v. Klinger, Appellant.

Argued March 19, 1979. Ellen M. Burgraff, Assistant Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.